UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| In Re: ) | |
| JAMES PATRICK HOMIER ) | |
| AND ) | Case No. 20-40010 |
| LISA ANN HOMIER ) | |
| Debtors ) | |
| ) | |

**ORDER TO COMMENCE MORTGAGE PAYMENT WITHOUT NOTICE**

COMES NOW David A. Rosenthal, Standing Chapter 13 Trustee, and the Debtor(s) by their undersigned counsel of record who stipulate and agree as follows:

1. That Debtor(s) have filed a Voluntary Petition commencing their above-captioned case under Chapter 13 of the Bankruptcy Code.

2. That Debtors have filed a Chapter 13 plan, not yet confirmed by the court, in which they direct Trustee to maintain the monthly post-petition mortgage loan payments to the mortgage holder identified herein during the term of their plan.

3. That absent a court order authorizing trustee to commence monthly mortgage payments earlier, Trustee may not commence such payments until the plan has been confirmed by the court.

4. That delay in commencing the monthly mortgage loan payments may result in late charges, default penalty interest, and attorney fees and other expenses of avoidable "stay relief" litigation.

5. That Trustee shall commence monthly payments to Debtor(s) mortgage holder as follows:

| | **First Mortgage** |
|---|---|
| **Mortgagee name:** | Mr. Cooper |
| **Mortgagee address:** | 8950 Cypress Waters Blvd Coppell, TX 75019 |
| **Account No.:** | Xxxxxx8873 |
| **Monthly payment amount:** | $1,138.00 |

6. That said monthly mortgage payments shall be commenced by Trustee as soon as practicable after receipt of the court's order approving this Agreed Order and made as part of Trustee's next scheduled monthly disbursements. Such mortgage payments shall be made monthly by Trustee to the extent of available funds retroactive from the first calendar month following the petition date and continue until the Debtor(s) plan is confirmed by the court, or the case dismissed or converted to another chapter, the encumbered real estate abandoned or the automatic stay vacated, or upon the Debtor(s) filing of an amended plan or stipulation proposing to surrender said real estate.

7. That for each mortgage payment made by Trustee, the Trustee shall be entitled to payment as an administrative expense of his percentage fee thereon.

8. That each of the aforesaid payments made by Trustee to creditor shall be applied by Trustee in reduction of the allowed amount of creditor's secured claim.

Respectfully submitted on January 16, 2020,

/s/ David A. Rosenthal_____    /s/ Juan A. Perez Jr._____
David A. Rosenthal                                    Juan A. Perez Jr.
Chapter 13 Trustee                                    Debtor(s) counsel

SO ORDERED this _____ day of _____, 20___

_____
Robert E. Grant
Judge, U.S. Bankruptcy Court